IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OMAR NABIL EL GHADBAN,

          Plaintiff,

v.

STATE OF WISCONSIN, DANE COUNTY JAIL,
SGT. PRICE and LIEUTENANT BAHLER,

          Defendants.

ORDER

11-cv-40-wmc

---

      Plaintiff Omar El Ghadban, an inmate at the Dane County Jail in Madison, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff submits a trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2) and the 1996 Prison Litigation Reform Act.

      Plaintiff's complaint was filed on January 18, 2011. His trust fund account statement should cover the six-month period beginning approximately July 18, 2010 and ending approximately January 18, 2011. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to jail officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Omar El Ghadban may have until February 8, 2011, in which to submit a certified copy of his trust fund account statement for the period beginning approximately July 18, 2010 and ending approximately January 18, 2011. If, by February 8, 2011, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 19th day of January, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge